UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

THE BAILEY GROUP, INC.,

    Plaintiff,

v.                                                      Case No. 8:23-cv-708-WFJ-JSS

DANIEL HALOS and DABYN
WEALTH STRATEGIES, LLC d/b/a
Dabyn Wealth Management,

    Defendants.

_____/

## ORDER DENYING TRO WITHOUT PREJUDICE
## NOTICE OF HEARING

Upon consideration of the verified motion for a temporary restraining order with accompanying memorandum (Dkts. 10, 11), the motion is due to be denied without prejudice.

The *ex parte*, without notice issuance of a temporary restraining order or preliminary injunctive relief requires that both "specific facts in an affidavit or a verified complaint clearly show that immediate and irreparable injury, loss, or damage will result to the movant before the adverse party can be heard in opposition" and "the movant's attorney certifies in writing any efforts made to give notice and the reasons why it should not be required." Fed. R. Civ. P. 65(b)(1); *see* Local Rules 6.01 and 6.02, M.D. Fla. (requiring moving party seeking injunctive

relief without notice to establish by "clear and convincing evidence an extraordinary circumstance not requiring notice"). Plaintiff's submissions fail to disclose any such extraordinary circumstance or any attempts to give notice or why notice should not be required.

The Court will construe the motion as one seeking preliminary injunctive relief. Therefore, Plaintiff shall serve process and the motion, together with this Order, on Defendants and file proof of same within ten (10) days. Within fifteen (15) days, Plaintiff must file a memorandum addressing why the issues raised in this lawsuit cannot be adjudicated in the "first filed" action pending in the State of Washington.

**Please take notice** that a hearing is set telephonically on **Friday May 12, 2023, at 11:00 a.m.**, at which time the Court will hear argument on the Plaintiff's requested preliminary injunction.

### INSTRUCTIONS FOR TELEPHONIC HEARING:

Counsel and any unrepresented parties are directed to call the reserved conference toll free number at 1-888-557-8511. Enter the access code: 4744914 followed by the # (pound) key. You will be prompted to enter the security code: 0708 followed by the # (pound) key. Please call in at least 10 minutes before the scheduled hearing.

Defendants desiring to oppose the imposition of a preliminary injunction against them must file their written opposition no later than May 8, 2023, at close of business (5:00 p.m. EST). Failure to timely file an opposition or to appear at the

telephonic hearing will result in entry of a preliminary injunction without further notice.

Accordingly, Plaintiff's Verified Motion for Temporary Restraining Order (Dkt. 10) is denied without prejudice.

**DONE AND ORDERED** at Tampa, Florida, on April 7, 2023.

WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE